COHEN, WEISS AND SIMON LLP
COUNSELLORS AT LAW
330 WEST 42ND STREET
NEW YORK, N.Y. 10036-6976

———

(212) 563-4100

WRITER'S DIRECT INFORMATION:

PHONE: 212-356-0220
FAX: 646-473-8220
E-MAIL: dhock@cwsny.com

BRUCE H. SIMON
ROBERT S. SAVELSON
STEPHEN B. MOLDOF
MICHAEL E. ABRAM
KEITH E. SECULAR
PETER HERMAN
RICHARD M. SELTZER
JANI K. RACHELSON
BABETTE CECCOTTI*
SUSAN DAVIS*
MICHAEL L. WINSTON
THOMAS N. CIANTRA
JOSEPH J. VITALE*
PETER D. DECHIARA
LISA M. GOMEZ*
BRUCE S. LEVINE
TRAVIS M. MASTRODDI
DAVID R. HOCK*

SAMUEL J. COHEN (1908-1991)
HENRY WEISS (1910-2004)

RICHARD C. HARMON
SENIOR ATTORNEY

CLAIRE TUCK*
MARCELLE J. HENRY
EVAN HUDSON-PLUSH*
MICHAEL S. ADLER*
JOSHUA ELLISON*
ZACHARY N. LEEDS*
TZVI MACKSON
NOELIA E. HURTADO
DANYA AHMED*
KATE M. SWEARENGEN*

* ALSO ADMITTED IN NJ

December 11, 2012

By Electronic Case Filing and Facsimile

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court for the Eastern
District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

      Re:    Lynch v. Radiant Drywall & Insulation Corp.
               Civil Action No. 12-CV-2422(SJF)(WDW)

Dear Judge Feuerstein:

      This firm is counsel to plaintiffs in the above-referenced action. We write to request an adjournment of the December 13, 2012 pretrial conference in this matter. This is the first request for an adjournment of this conference.

      At the conference on November 14, 2012, Your Honor permitted the parties to complete discovery in this matter and scheduled a pre-trial conference for December 13, 2012. The parties completed the discovery, a deposition of defendant on December 4, 2012, and counsel began settlement discussions. Yesterday, defendant's counsel made a settlement proposal to plaintiffs' counsel. Given the economics of this matter, the costs of appearing at the conference on December 13, 2012 will have a significant impact on the parties' ability to reach a settlement of this action. Counsel for defendant consents to this request.

      Accordingly, we respectfully request that the Court adjourn the status conference scheduled for December 13, 2012 for two weeks to try to resolve this matter.

00248126.1

COHEN, WEISS AND SIMON LLP

Hon. Sandra J. Feuerstein, U.S.D.J.
December 11, 2012
Page 2

      We appreciate the Court's attention to this matter.

      Respectfully submitted,

      /s/ David R. Hock
      David R. Hock

cc:    Syndey Platzer, Esq. (counsel to defendant by email and ECF)